IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

vs.

BRANDON DAWSON

    Defendant

: Case No: 3:17cr80(3)
JUDGE WALTER H. RICE

ENTRY DISMISSING CAPTIONED CAUSE WITHOUT PREJUDICE; TERMINATION ENTRY

Upon motion of the United States of America, the above defendant in the above captioned cause is hereby ordered dismissed and terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

IT IS SO ORDERED.

_____
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT